

08-CV-01480-CJA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REVEREND DR. KAMAL K. ROY,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION et al.,<br><br>Defendants. | Case No. 08-01480-RSL-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's proposed complaint and application to proceed *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action, together with all materials in support of and in opposition to those documents, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's complaint (Dkt. No. 1-2) is DISMISSED without prejudice, and his application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED as moot.

///

///

ORDER OF DISMISSAL
PAGE - 1

1        (3)   The Clerk is directed to send copies of this Order to plaintiff and to
2  Judge Donohue.
3      DATED this 14th day of Nov., 2008.

                                            */s/ Robert S. Lasnik*
                                            ROBERT S. LASNIK
                                            Chief United States District Judge

ORDER OF DISMISSAL
PAGE - 2